**DISMISS and Opinion Filed June 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01304-CV

**PARKWAY INWOOD, L.P., Appellant**

**V.**

**CENTURA LAND CORPORATION F/K/A IORI CENTURA, INC., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04743**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Francis

Before the Court is the parties' joint motion to dismiss the appeal. The parties have

informed the Court that they have settled their differences. Accordingly, we grant the parties'

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

141304F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PARKWAY INWOOD, L.P., Appellant

No. 05-14-01304-CV      V.

CENTURA LAND CORPORATION F/K/A
IORI CENTURA, INC., Appellee

On Appeal from the 44th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-12-04743.
Opinion delivered by Justice Francis.
Justices Lang-Miers and Whitehill,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered June 17, 2015.